UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALENTA DUNCAN,

Plaintiff,

v.

COUNTY OF SACRAMENTO, et al.,

Defendants.

No.  2:25-cv-0908-TLN-CKD

ORDER

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).  On November 6, 2025, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections and the time to do so has since elapsed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case.  Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 15) are ADOPTED IN FULL.

2. The motion to dismiss by the County of Sacramento (ECF No. 6) is DENIED.

3. Plaintiff's alternate request for leave to amend the claim under 42 U.S.C. § 1983

1

against the County of Sacramento (ECF No. 13) is DENIED as unnecessary.

4. Plaintiff's claims against the Alameda County Sheriff's Department are DISMISSED with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute and failure to comply with applicable rules and a court order.

5. The motion to dismiss by the Alameda County Sheriff's Department (ECF No. 7) is DENIED as moot.

6. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Date: January 23, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE